DANIEL J. BRODERICK, Bar #89424
Federal Defender
ANN C. McCLINTOCK, Bar #141313
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
EDWARD STEWART

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD STEWART, | No. CIV S-05-0458 JAM KJM P |
| Petitioner, | **ORDER** |
| v. | |
| M. SHEPHERD, Warden, et al., | |
| Respondents. | |

**GOOD CAUSE APPEARING**, the Court hereby grants Petitioner's Request for Judicial Notice (docket no. 34) of the following documents:

1. Executive Report on Parole Review Decisions for the State of California for 2006; and

2. The transcripts of the parole hearings at which prisoners were found suitable for parole in those cases in which the Governor did not reverse the grant of parole in 2006.

Dated: May 30, 2008.

_____
U.S. MAGISTRATE JUDGE